```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

SONOPRESS, LLC                                              PLAINTIFF

    V.                    Civil No. 07-MC-30

TRUMAN PRESS, INC. d/b/a
Hannover House, Hannover House,
Inc., and THE BANK OF
FAYETTEVILLE, NA                                            DEFENDANTS

**O R D E R**

    Currently before the Court is a **Motion for Sanctions (Doc. 3)** filed by the plaintiff, Sonopress, LLC. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. On August 16, 2007, a judgment in the amount of $307,740.61 was entered in the Southern District of New York in favor of the plaintiff and against defendant Truman Press, Inc. d/b/a Hannover House and Hannover House, Inc. (hereinafter "Hannover House"). On September 18, 2007, a certification of that judgment was filed in this district. (Doc. 1.)

    2. In the motion for sanctions now before the Court, plaintiff states that it issued a Notice to Take Deposition and a Subpoena Duces Tecum to Mr. Eric Parkinson, President of Hannover House. According to plaintiff, neither Mr. Parkinson nor a corporate representative of Hannover House appeared at the deposition scheduled on January 9, 2008. Plaintiff requests

sanctions in the amount of $459.64, representing attorney's fees and costs incurred in association with the scheduled deposition.

Hannover House has not responded to the motion for sanctions.

3. Upon due consideration, plaintiff's motion for sanctions is hereby GRANTED and plaintiff is awarded $459.64 in attorney's fees and costs against Hannover House.

IT IS SO ORDERED this 13th day of February 2008.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE